IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. SA:13-M-00578 |
| | § | |
| DUNG NGUYEN | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes NORMAN SILVERMAN and hereby files this appearance as attorney of record for DUNG NGUYEN. DUNG NGUYEN has retained NORMAN SILVERMAN and consents to NORMAN SILVERMAN'S appearance as attorney of record in this cause.

Respectfully submitted,

Norman Silverman
501 N. IH 35
Austin, Texas 78702
(512) 485-3003

917 Franklin, 4th floor
Houston, Texas 77002
(713) 526-1515
(713) 526-1798 FAX

By: _____
Norman Silverman
State Bar No. 00792207
Attorney for Dung Nguyen

## CERTIFICATE OF SERVICE

This is to certify that on July 5, 2013 a true and correct copy of the above and foregoing document was served on the AUSA Jay Hulings and Mark Roomberg via ECF filing on this the 5th day of July, 2013

_____
Norman Silverman